JOHN TURSCAK
NAME

REG. NO. 14095-044
PRISON IDENTIFICATION/BOOKING NO.

UNITED STATES PENITENTIARY - ATLANTA
ADDRESS OR PLACE OF CONFINEMENT

P.O. BOX 150160, ATLANTA, GEORGIA 30315-0160
Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1 : 0

5 6 9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN TURSCAK
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

HARLEY LAPPIN-DIRECTOR OF THE BUREAU OF PRISONS
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:

CV _ 05 - 947 - TJH (cw)
To be supplied by the Clerk of the United States District Court

CR - 99 - 382 - AHM
Criminal case under which sentence was imposed.

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY
### (28 U.S.C § 2241)

LODGED
CLERK, U.S. DISTRICT COURT

JAN 3 1 2005

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under* penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

FILED ON CM
FEB 1 1 2005
BY 019

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☑ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention __United States Penitentiary - Atlanta ( U.S.P. )__

2. Name and location of court which imposed sentence __United States District Court For The Central District of California__
   __312 North Spring Street, Los Angeles, California.__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   a. __18 U.S.C. § 1962 (d), Conspiring to engage in racketeering__

   b. __18 U.S.C. § 1959 (a) (5), Conspiring to Commit murder in aid of racketeering__

   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:

   a. __November 26, 2001__

   b. __360 month incarceration__

   c. _____

5. Check whether a finding of guilty was made:
   a. ☑ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence? ☑ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:**   *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*

   a. (1) Name of court __United States Court of Appeals for the Ninth Circuit__

      (2) Result __Affirmed 360 month (30 year) Sentence.__

      (3) Date of result __July 1, 2003__

      (4) Citation or number of opinion __( UNDER SEAL )__

---

    (5) Grounds raised (*list each*):

        (a) _____(UNDER SEAL)_____

        (b) _____

        (c) _____

        (d) _____

b.  (1) Name of court _____

    (2) Result ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (*list each*):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

a.  Ground one: Violation of Eighth Amendment Right to be free from Cruel and Unusual Punishment

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): B.O.P. officials continue to place my life in imminent danger by housing me at U.S.P. Atlanta in (S.H.U.) amongst many disruptive inmates and prison gang members who have attempted to murder/ assault and continue to make threats of harm to my life, as a result of my past cooperation with the government in the Mexican mafia investigation, and assistance to S.I.S. B.O.P. Authorities here at the prison. (See attached Sheet "Statement of Facts"). Infact, the same assailant who attempted to kill me on August 18, 2003, inmate "Sonny Siofelle", is currently in a cell across from me and just recently was caught with two knives/inmate manufactured weapons, which he had threatened me, stating that the knives had my name on them, meaning, he has been waiting for the right opportunity for these officers to make a mistake, and open my cell door so he could kill me. As a result of the attempted murder stabbing assault that had occured on August 18, 2003, this inmate "Siofelle" per B.O.P "policy" is suppose to be a B.O.P. documented "Seperatee" inmate for my own "Safety". However, B.O.P. officials continue to house me together with inmate "Siofelle" the same assailant who attempted to kill me on August 18, 2003 which I reported to this Honorable Court. Additionally, I am also to (S.H.U.) with "Known" Mexican mafia members "Martin Vargas" and co/defendant "Eddie Joe Anetta", both who are also Suppose to be B.O.P. documented "Seperatee" inmates for my own "Safety". I am not Suppose to be housed at the same prison with these documented "Seperatee" inmates. (Continue on ground two b.)

b.  Ground two: Deliberate indifference to substantial risk of serious harm in violation of Fourteenth Amendment Rights to be free from violence at hands of "Other inmates".

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): Therefore, B.O.P. officials are not only deliberately placing my life in imminent danger around these "Seperatee" inmates who are trying to kill me. But they are also maliciously playing psychological games with my mind, causing me to suffer severe mental anguish and depression, paranoia and fear for my life. All of which the B.O.P. refuses to provide any type of psychiatric treatment and counseling session therapy for these mental ailments while I'm housed in (S.H.U.) According to the (S.H.U.) psychologist a "Mr. Duncan", this is B.O.P. "policy" for all (S.H.U.) inmates and therefore, to receive any type of treatment I must wait until I am transfered to a "general population" facility. While awaiting such a transfer, I am being forced to suffer against my will. (Refer also to supporting grounds in parts b. through d. and attached sheet "Statement of facts").

---

On December 9, 2002, B.O.P. officials here at U.S.P. Atlanta, removed me from the "general population" and placed me in (S.H.U.) for "protection reasons". I had first been placed in (S.H.U.) On May 13, 2002 for the Same "protection reasons". However, after a 6 month investigation B.O.P. officials had deemed that I was "safe" to return to the "general population" on November 27, 2002, which was far from the truth. During their 6 month investigation, B.O.P. officials were negligent in releasing a known Co/defendant "Larry Cervantes" in the Mexican Mafia case, and therefore "Cervantes" knew all about my past cooperation with the government, that I had informed "Snitched" On him and his fellow gang members. With his knowledge inmate "Cervantes" began spreading it around to all the other inmates in the "general population" that I was a government "Snitch" and that the Mexican Mafia has a murder contract on my life. Prison authorities had become aware of this threat on my life, in that prison gang members/inmates known as the "Boarder Brothers" and "Northern/Southern hispanic street gang members" had been awaiting Court documents verifying that I had infact Cooperated with the government, so that they could plan to have me killed. Therefore, I was immediately removed from the "general population" and placed back in (S.H.U.) for "my own safety", while prison officials prepared the necessary paper work to have me transferred to another facility where I could be "safely" placed in the "general population". While awaiting this transfer for "protection reasons" in (S.H.U.) I was housed together with the same prison gang members who were trying to kill me! Via the administrative remedy procedures and through my attorney of record Steven M. Cron, I tried numerous times to make the B.O.P. and prison officials aware that I am in fear of my life and to please expidite my transfer before I am murdered. I also requested to be placed On "Single Cell Status" for my own safety, due to the fact that word was already traveling fast through out the (S.H.U.) that I was a "snitch" and it would only be a matter of time before my cellmates try to kill me. All to no avail, prison officials persistantly ignored my pleas for help and continued to deliberately place my life in peril. On August 14, 2002, I had brought it to prison staff's attention that I was in fear of my life and believed that my cellmates, white Supremacy Neo Nazi gang members/inmates Brown, McCrea and Black, were in the planning stages of Causing me great bodily harm as I was surrounded by prison gang members who were trying to get me to go out to the recreation S.H.U. yard so they could kill me, and because I had been refusing, I knew they were putting my cellmates up to carrying out the murder contract on my life. Due to this information I had provided to staff, prison authorities had conducted a search of my cellmates and discovered in their possession, inmate manufactured "ice pick" style weapon, a handcuff key and other dangerous contraband. Because of the seriousness of the situation prison staff moved me to another cell in (S.H.U.) for my own "safety". I was told the incident would be reported to the Southeast Regional office of the B.O.P. explaining my assistance to prison authorities and the need to expidite my transfer for "safety Concerns". Although for my own "safety" I was moved to a different cell in (S.H.U.) Once again, I was far from being "safe". Matters were only worsening, I was still being surrounded by prison gang members who knew of my past Cooperation with the government, and that I was also now accused of assisting B.O.P. authorities against my ex-cell mates Brown, McCrea and Black. Therefore, Once again, I addressed my safety Concerns to prison staff, that I am in extreme danger and need to be placed On "single Cell status" before I end up murdered. Prison officials again ignored my pleas for help, stating that I was perfectly "safe" where I was housed at in (S.H.U.) and that I had absolutely nothing to worry about because prison staff "closely monitor" all S.H.U. inmates prior to celling them together and therefore, staff would not endanger my life by placing me in a cell with any potential threats to my safety. However, approximately 5 days from the above mentioned incident and after giving numerous warnings that my life is in extreme danger the longer I am housed here at U.S.P. Atlanta, On August 18, 2002, an attempted murder was carried out on my life by my then cellmate "Sonny Siofele" a documented gang member and one of the most violent inmates in the entire U.S.P., all of which was unknown to me at the time that this inmate posed a serious threat to my life. As a result of this stabbing assault, I was hospitalized for about 1 week. To date, I have not been interviewed by prison authorities or the F.B.I. nor has the United States Attorney's office filed attempted murder charges against the assailant who tried to kill me, although I have expressed a desire to press Criminal charges. It is as if the B.O.P. has swept the entire incident under the judiciating like it never occured, when I have all the evidence and facts/statements by high ranking prison officials to prove what had happened to me was infact a result of my past Cooperation with the government and B.O.P. authorities. Yet, all of these cautionary facts and over 24 months of being punished unjustly in (S.H.U.), the Southeast Regional office of the B.O.P. Continues to violate my Constitutional Rights. Using stall tactics as a means to justify this long drawn out extensive delay of transferring me to an appropriate facility where I can be safely placed in the "general population". I am now being told that prison officials have submitted another transfer request On my behalf to the Southeast Regional office of the B.O.P. for a "State" transfer, as there is not another federal facility where I can be "safely" placed in the "general population". Although paper work has been submitted for a State transfer, prison officials have informed me that it could "take years" for the Southeast Regional office of the B.O.P. to approve and have me transfered to the State prison system. This Honorable Court must not allow this injustice to continue. I have made many different pleas to this Honorable Court Seeking relief from the Cruel and unusual punishment that is being unlawfully bestowed upon me here at U.S.P. Atlanta. On November 30, 2004 the Court responded by informing me that if I wish to pursue any of the claims or request that I have attempted to assert in privious Correspondence, I should do so in compliance with the rules, procedures, forms and requirements set forth in the attached 28 U.S.C. 2241 petition which was assembled by the clerk, in which I appeal to this Honorable Court this day. Hereby, petitioner prays in the interest of Justice that this Honorable Court will put an immediate cease to these Cruel and unusual punishment practices and deliberate indifference to Substantial risk of serious harm at the hands of inmates here at U.S.P. Atlanta, by "ORDERING" the Director of the B.O.P. Harley Lappin the General Counsels office of the B.O.P. to have me transfed from my present unlawful Confinement here at U.S.P. Atlanta, "forthwith" to the General Population-Protective Custody Units (P.C.U.) operated by the State of California Department of Corrections (C.D.C.), where B.O.P. officials Can no longer maliciously play with my life by placing me in imminent danger, as all inmates housed within these "General Population-Protective Custody Units" have either Cooperated with the government, and or State law enforcement agencies as I have, and therefore I will no longer have to worry about other inmates trying to kill me because I'm a known government snitch. For such a transfer will infact serve to increase and gauratee my safety in Compliance with my Constitutional afforded Rights. As there is no justifiable reason that the B.O.P. Can articulate to this Honorable Court for punishing me and making me and my family suffer under these inhumane conditions where I have prison gang members trying to kill me while the Southeast Regional office of the B.O.P. Continue to manipulate and Come up with excuses to delay my transfer. This is an outrage and 24 months of this torture is enough! As this Honorable Court did not sentence me to death or to suffer any form of Cruel and unusual punishment, subjecting me to all sorts of mental anguish, emotional distress and physical harm. and should grant this petition in all fairness, before I end up murdered or lose my sanity, waiting for the B.O.P. to transfer me. I also ask the Court to "please" Consider my response titled; Defendants Reply To The Governments Status Report Filed Pursuant To The Courts May 14, 2004 ORDER, Dated June 17, 2004" and "Defense Counsel's Memorandum In Response To Courts ORDER of October 4, 2003. Dated October 24, 2003" as "Seperate memorandums" in Support of this petition and rule on them accordingly. Thank you." I declare under penalty of perjury that the foregoing is true and Correct". Executed On January 13, 2005.

"Respectfully Submitted"

John Turscak / Petitioner

c.  Ground three: B.O.P. Regulations 28 C.F.R. 541.22(A)(1) States that a prisoner in segregation (S.H.U.) Should ordinarily be returned "to general population" within "90 days" after being in (S.H.U.) or "transfered" to another "appropriate facility."

Supporting FACTS (tell your story BRIEFLY without citing cases or law): B.O.P. officials here at U.S.P. Atlanta placed me in (S.H.U.) On "A/D status" for "protective reasons" On may 13, 2002, pending transfer to an appropriate facility in which I can be Safely placed in the "general population." I have been held on this "status" illegally for over 24 months pending transfer, and I am still being housed at this prison that has been deemed a threat to my Safety and Security, being Stabbed over 50 times clearly proves this! (referring to August 18, 2003 - attempted murder Stabbing assault) Yet, out of all the prisons in the U.S. where I can be Safely placed in a general population free from deliberate violations of my Constitutional Rights, the Southeast Regional office of the B.O.P. Continues to blatantly violate their own policy/Regulations, by deliberately placing my life in extreme peril here at U.S.P. Atlanta, while I continue to wait for a transfer that prison officials Submitted to their office over 24 months ago today!
        * B.O.P. Regulations further States that "A/D Status" is a "non punitive status", and that a prisoner in (S.H.U.) classifide under this "status" will be provided as nearly as practicable the same opportunities as prisoners in the "general population".

d.  Ground four            * This is far from the case here at U.S.P. Atlanta (S.H.U.) when fair/equal treatment of prisoners and access to normal prison opportunities/liberty interest are essential in not violating the Constitutional afforded Rights of prisoners which is the umbrella of Justice that the B.O.P. is Suppose to be functioning under. However, while housed in (S.H.U.) On "A/D status" awaiting transfer over 24 months, all of my privileges

Supporting FACTS (tell your story BRIEFLY without citing cases or law) and rights that I would normally be entitled to in the "general population" have been illegally Stripped away from me. i.e. I am only permitted access to the telephone Once every 30 days for 15 minutes to call home to my family, where in the "general population" inmates are allowed to use the telephone everyday if they wish. I am not allowed to have Contact visits with my family, as visits in (S.H.U.) are "non Contact" behind Class, Seperate from the "general population" who are allowed Contact visiting privileges with their families and friends out Side. In addition to these, cruel and unusual punishment practices Occuring here at U.S.P. Atlanta, there is massive mail delays in (S.H.U.), in Some cases mail is lost, does not reach its destination or is thrown in the trash by prison staff. These illegal tactics have put a tremendous amount of Strain on my marriage, Causing Severe psychological distress and emotional depression. my wife and I have been Struggling to maintain our relationship through these trying and unjust circumstances. However, the B.O.P. Continues to do everything inhumanly possible to thwart our efforts by Continuing to house me unlawfully at this prison in (S.H.U.) as punishment. Nor am I allowed to pursue my education or religious practices. Infact, I am being punished right along with other disruptive inmates and prison gang members who have deliberately violated B.O.P. Rules and are Considered "problem inmates" as there is no protective Custody in (S.H.U.) this So called "Special Housing Unit" and, therefore, I have no other Choice but to be forced into a very hostile and extremely dangerous environment housed, together with these problem inmates, being unfairly treated as Such, When I have done no wrong doing. (Refer to attached Sheet "Statement of facts").

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?   ☑ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

a.  (1) Name of Court United States District Court for the Central District of California

(2) Nature of proceeding 28 U.S.C. § 2255 Motion

(3) Grounds raised 1. Conviction obtained by use of Coerced Confession, 2. Conviction obtained by the Unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant, 3. Conviction obtained by a Violation of the protection against double jeopardy, and 4. Denial of effective assistance of Counsel.

(4) Result (In process of re-Submitting due to District Court notifying petitioner On November 30, 2004,

(5) Date of result that no Such motion had been received).

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

b.  (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

13. Are you presently represented by counsel? ☑ Yes  ☐ No

If so, provide name, address and telephone number _Steven M. Cron, 1541 Ocean Avenue, Suite 200_

_Santa Monica, California (310) 451-9388_

Case name and court _USA. v. John Tuscak, CR-99-382-AHM_

_United States District Court Central District of California_

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information? ☐ Yes  ☑ No

"WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding."

_____
Signature of Attorney (if any)

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct."

Executed on _January 13, 2005_          _____
               Date                                    Signature of Petitioner