**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JOHN TURSCAK, | : | CIVIL ACTION NO. |
| Petitioner, | : | 1:05-CV-569-CC |
| | : | |
| v. | : | |
| | : | |
| GERARDO MALDONADO, Warden, | : | HABEAS CORPUS |
| Respondent. | : | 28 U.S.C. §  2241 |

**ORDER**

Petitioner, John Turscak, presently confined at the United States Penitentiary in Atlanta, Georgia ("USP-Atlanta"), seeks pursuant to 28 U.S.C. § 2241 to challenge his placement in administrative segregation and the conditions relating to that confinement.  Petitioner seeks a change in his confinement status through a transfer to either the general population or to another prison facility.  Petitioner has paid the applicable initial filing fee.

Petitioner originally filed the instant § 2241 petition in the United States District Court for the Central District of California.  [Doc. No. 1].  By order entered March 2, 2005, the California district court transferred the instant action to this Court.  [Doc. No. 4].  In its transfer order, that court noted that "it is probable" that the warden of the USP-Atlanta would be the proper respondent in this action.  [Doc. No. 4 at 2]. This Court agrees and concludes that USP-Atlanta Warden Gerardo Maldonado is the proper respondent in this case because Warden

AO 72A
(Rev.8/82)

Maldonado has immediate custody over Petitioner and this Court has personal jurisdiction over Warden Maldonado.  See Rumsfeld v. Padilla, ___ U.S. ___, 124 S.Ct. 2711, 2717-24 (2004); Braden v. 30th Judicial Circuit Court of Ky., 410 U.S. 484, 494-95 (1973).

Accordingly, **IT IS HEREBY ORDERED** that USP-Atlanta Warden Gerardo Maldonado be **SUBSTITUTED** as the Respondent in this case.

**IT IS FURTHER ORDERED** that the Clerk transmit a copy of the petition and this Order by certified mail to Respondent, the Attorney General of the United States and the United States Attorney.  Respondent shall show cause within thirty (30) days of the receipt of this Order why the writ should not be granted; and, in connection therewith, Respondent shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

**IT IS SO ORDERED**, this 20th day of April, 2005.

_Susan S. Cole_

SUSAN S. COLE
United States Magistrate Judge

2

AO 72A
(Rev.8/82)