# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JOHN TURSCAK,                        ::
    Petitioner,                  ::
                                 ::        CIVIL ACTION NO.
    v.                           ::        1:05-CV-569-CC
                                 ::
GERARDO MALDONADO,                   ::        HABEAS CORPUS
Warden,                              ::        28 U.S.C. §  2241
    Respondent.                  ::

## ORDER

Petitioner, John Turscak, presently confined at the United States Penitentiary in Atlanta, Georgia ("USP-Atlanta"), seeks pursuant to 28 U.S.C. § 2241 to challenge his placement in administrative segregation and the conditions relating to that confinement. Petitioner seeks a transfer to another prison facility where he can be placed in the general population.

By Order entered April 21, 2005[Doc. 7], this Court directed Respondent to show cause why the instant writ for habeas corpus should not be granted. The court granted Respondent's motion to extend the deadline for his response (see Docs. 8 and 9), and Respondent then timely submitted his response on June 22, 2005. [Doc. 10]. Petitioner has presently filed a motion seeking photocopies of certain attached documents. [Doc. 11]. Along with the motion, Petitioner has attached a request for a

AO 72A
(Rev.8/82)

status report on the instant petition and a document entitled "Petitioner's Exhibit A."

In his motion seeking photocopies, Petitioner reiterates that he is confined in administrative segregation and, as a result, has no access to a copy machine. Plaintiff contends that he cannot make copies of "Petitioner's Exhibit A" for either himself or Respondent. Petitioner requests that the Clerk of this Court make the necessary photocopies of "Petitioner's Exhibit A" and then mail a copy to Respondent and himself.

The record reflects that Petitioner did not serve a copy of the instant motion and attached documents on Respondent. Based on the facts alleged in the instant petition, it is likely that Petitioner may have limited or no access to a photocopy machine while confined in administrative segregation. For good cause shown, Petitioner's motion seeking photocopies of certain attached documents [Doc. 11] is **GRANTED**. The Clerk of this Court is **DIRECTED** to make two copies of Petitioner's motion seeking photocopies, request for status report, and "Petitioner's Exhibit A." The Clerk is further **DIRECTED** to send by certified mail one copy of these documents to Petitioner and Respondent.

A review of Respondent's response to the show cause order reflects that Respondent certified service of his response upon Petitioner at the USP-Atlanta. In Petitioner's request for a status report, however, Petitioner states that he did not receive

2

a copy of Petitioner's response.  Petitioner further states that he has received no order from this Court instructing him about when to file a reply or "traverse" to Respondent's response.   To ensure that Petitioner has received a copy of Respondent's response, the Clerk is further **DIRECTED** to send Petitioner by certified mail a copy of this Order and Respondent's response, which includes the exhibits attached thereto.  Petitioner shall have **THIRTY (30)** days from receipt of this Order and the response to submit a reply to Respondent's response.   At the conclusion of this thirty-day period, the Clerk is **DIRECTED** to submit the instant action to the undersigned.

 **IT IS SO ORDERED**, this 27th day of September, 2005.

*Susan S. Cole*

SUSAN S. COLE
United States Magistrate Judge

3