John Turscak, No. T 318740
North Carolina Department of Correction
Central Prison
1300 Western Boulevard.,
Raleigh, NC 27606

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

NOV 2 2 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 2 8 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Civil Action No. 1:05-CV-0569-CC-(SSC)

JOHN TURSCAK,
          Petitioner,

Vs.

GERARDO MALDONADO,
Warden,
          Respondent.

EMERGENCY NOTICE OF ADDRESS CHANGE [AND]
MOTION TO "ORDER" THE SOUTH EAST REGIONAL
DESIGNATOR OF THE B.O.P. TO TRASFER PETITIONER
"FORTHWITH" TO A "PROTECTIVE CUSTODY" FACILITY
OPPERATED BY THE STATE OF CALIFORNIA DEPT. OF
CORRECTIONS (C.D.C.)

Petitioner, John Turscak, hereby submits to this honorable Court the attached handwritten document described as: Emergency Notice of address Change [and] Motion to "ORDER" the South east Regional Designator of the B.O.P. to transfer Petitioner "Forthwith" to a "Protective Custody" Facility Opperated by the state of California Department of Corrections (C.D.C.), in support of Petitioner's "Traverse" dated: October 10, 2005. Executed On this 7th day of November 2005.   Respectfully Submitted,

John Turscak, Petitioner

## NOTICE

In Compliance with the Local Rules, Petitioner hereby makes "NOTICE" to this honorable Court that his new housing location is as follows: John Turscak, #T3127740 North Carolina Department of Correction, Central Prison, 1300 Western Boulevard., Raleigh, NC 27606.

Petitioner also reasserts his position stated in his motion seeking photo copies dated: July 06, 2005 [and] according to North Carolina Department of Correction Central Prison Rules and Policies 18(A)(3) states, "the Department will not provide photo Copying Services, law libraries, legal text or other legal materials" (See: Exhibit A. Attached Hereto). For "good Cause" shown, Petitioner request the Clerk of this honorable Court to please make 2 complete Copies of these filings [and] send by Certified mail 1 Copy to Petitioner, and, to Respondent in the above entitled action.

## MOTION

On November 04, 2005 the Southeast Regional "Designator" in the Southeast Regional office of the Bureau Of Prisons (B.O.P.) had Petitioner transfered to the state Prison system at North Carolina Department of Correction Central Prison, in direct Conflict with USP-Atlanta institutional staffs' recommendation, and, Petitioners request to be transfered to a "Protective-Custody" facility opperated by the State of California Department of Corrections (C.D.C.) Petitioners housing Situation is no better off than when he was housed at USP-Atlanta. Here at the Central Prison, Petitioner is not housed in the general population, protective Custody is administrative Segregation, where prisoners' are not allowed the normal priviledges and rights that prisoners in the general population at other prisons are entitled to. Once again, Petitioner is in a "punitive status" (e.g) Petitioner is not allowed Contact Visits with his family, no phone priviledges of any kind, or access to a law library, and, infact, Central Prison is the worst prison in all of the North Carolina Department of Correction facilities in the Country, that houses problematic prisoners as "punishment" including death row prisoners, without any kind of priviledges offored. This is not a Protective Custody

General Population facility, and, as a result Petitioner's life is under imminent danger of Serious physical danger. There Could be no question that the Southeast Regional "Designator" of the B.O.P. has infact Sent Petitioner to this State Prison as punishment in retaliation for filing Complaints and for petitioning this honorable Court. The Southeast Regional "Designators" actions taken against Petitioner are with evil intent and Callous indifference to the federally protected rights of Petitioner, in which this honorable Court must not allow this horrorable injustice to Continue any further. As the B.O.P. May not transfer an inmate to a new prison in retaliation for exercising his First Amendment rights (See: Vignolo v. Miller, 120 F.3d 1075, 1077-78 (9th Cir.1997)-(quoting Pratt v. Rowland, 65 F.3d, 802-803 (9th Cir.1995), and, this is precisely what the "Designator" has maliciously done to Petitioner in this Case.

## CONCLUSION

Petitioner reiterates his position stated in his "Traverse" dated October 10, 2005 [and] for the reasons set forth herein, this honorable Court is urged to "GRANT" this motion in support of Petitioner's writ. Thank you.

I, Petitioner, John Turscak, declare under penalty of perjury that the foregoing is true and Correct. Executed On this 7th day of November 2005.

Respectfully Submitted,

John Turscak, Petitioner

-3-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

John Turscak,
    Petitioner,

    Vs.

GERARDO MALDONADO,
Warden,
        Respondent.

Civil Action No.
1:05-CV-0569-CC-(SSC)

" PETITIONER'S EXHIBIT A. ATTACHED HereTo - (2 Pages) "

" EXHIBIT A. 1 OF 2 "



" EXHIBIT A. 2 OF 2 "

18. **ACCESS TO THE COURTS**

(3)     inmates will be provided paper, carbon paper, and writing implements with which the Attorney Assistance Program staff or private attorneys may be contacted. The Department will not provide photocopying services, law libraries, legal text or other legal materials.

## CERTIFICATE OF SERVICE

This is to Certify that I, Petitioner, John Turscak, have this 7th day of November 2005, Served the foregoing document described as: EMERGENCY NOTICE OF ADDRESS CHANGE [AND] MOTION TO "ORDER" THE SOUTHEAST REGIONAL "DESIGNATOR" OF THE B.O.P. TO TRANSFER PETITIONER "FORTHWITH" TO A "PROTECTIVE CUSTODY" FACILITY OPPERATED BY THE STATE OF CALIFORNIA DEPT. OF CORRECTIONS (C.D.C.) - With attachments marked as, "PETITIONERS EXHIBIT A", upon the United States District Court for The Northern District of Georgia, Atlanta Division, in this action by placing a true hand written Original there of enclosed in a Sealed envelope with postage thereon fully prepaid in the United States Mail at: The Central Prison, North Carolina Department of Correction, Raleigh, NC 27606

Addressed as follows:

Attn: Deputy Clerk for,
"The Honorable Susan S. Cole - U.S. Magistrate Judge"
2211 U.S. Courthouse,
75 Spring Street, S.W.
Atlanta, Georgia 30303-3361

John Turscak, Petitioner.