John Turscak, #0-923103

North Carolina Department of Correction

Marion Correctional Institution

P.O. Box 2405

Marion, North Carolina 28752-2405

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

APR 21 2006

LUTHER D. THOMAS, Clerk
By: ⎯⎯⎯⎯⎯⎯⎯⎯ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2006

LUTHER D. THOMAS, Clerk
By: ⎯⎯⎯⎯⎯⎯⎯⎯ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

JOHN TURSCAK,

    Petitioner,

Vs.

GERARDO MALDONADO,

Warden,

    Respondent.

Civil Action No. 1:05-CV-0569-CC-(SSC)

"PETITIONER'S REPORT TO THE COURT REGARDING HIS CURRANT STATUS"

Petitioner, John Turscak, hereby submits to this honorable Court the attached handwritten document described as: "Petitioner's Report to the Court Regarding His Currant Status" in support of his habeas filings. Petitioner also reasserts his position stated in his "Motion" seeking photo copies dated: July 6, 2005 [and] for "good cause shown", request the Clerk of Court to please make 2 complete copies of these filings, and, send by Certified Mail One Copy to Petitioner, and Respondent-Assistant U.S. Attorney Ms Mary C. Roemer-in the above entitled action. Thank You.

Executed On this 12th day of April 2006.

"Respectfully Submitted,"

John Turscak, Petitioner.

## "PETITIONER'S REPORT TO THE COURT REGARDING HIS CURRANT STATUS"

On December 22, 2005 Petitioner submitted his Response to Respondents status Report dated December 19, 2005 filed with the Court On January 10, 2006. In that document, Petitioner took issue with many of the BOP's misrepresentations to the Court and to AUSA Ms Roemer. Stating in part, that Respondents Status Report is false, misleading and inaccurate, and has been presented before this honorable Court with deceitful and prejudice intentions of having Petitioners habeas dismissed as moot. Petitioner has not been safely placed in the general population nor has he received the relief sought in his petition, when infact Petitioner's life remains in serious danger the longer he is housed within the North Carolina Department of Correction prison system. Petitioner has already been the victim of an assault at a D.O.C. facility, and is hereby seeking the Court to now "GRANT" relief sought in Petitioner's habeas filings before matters get any worst then they already are.

Since the filing of Petitioner's Response to Respondents Status Report, the following events have occured: On December 9, 2005 while housed at a DOC facility, representitives from the Raleigh Community Corrections office of the BOP and officials from the N.C. Division of Prisons in Charge of Petitioner's case load, had placed Petitioner in administrative segregation lock up for "protective reasons". Due to the fact that they had obtained vital information that Petitioner's life is in imminant danger the longer he is housed within the D.O.C. It is evident that North Carolina has a very serious "gang" problem within their prison system. More than half of the gangs that the BOP states Petitioner is to be seperated/protected from, are housed throughout the entire D.O.C. Bottom line, with so many disqualifying factors - security threats/"seperation issues" existing the D.O.C. Division of Prisons should have never excepted Petitioner into their prison system. Therefore, Petitioner had been advised that for his own safety Petitioner would remain in administrative segregation until the BOP federal authorities locates an appropriate facility outside the North Carolina D.O.C. to transfer Petitioner to where he could safely be placed in a general population. However, that has far been the case. On January 4, 2006 Petitioner was transfered to another North Carolina facility and placed in the general population,

-2-

the same exact "security threat" prison environment that Petitioner had been transferred from. On January 31, 2006 that prison administration placed Petitioner in their Segregation Unit for "protective reasons". They had informed the B.O.P. Federal authorities that it was not safe for Petitioner to be housed at their facility and that if they were to release Petitioner back into the general population then "gang members" would kill him. With this very serious factual information alone, B.O.P. Officials should have emediately transferred Petitioner out from the entire North Carolina prison system, considing with the vital information they had received On December 9, 2005 that Petitioner's life is in serious danger the longer he is housed within the D.O.C. However, in spite of this additional information concerning Petitioner's safety, On February 2, 2006 Petitioner was transferred to yet another North Carolina facility, the same exact "seperation issues" existing as that of the last two facilities Petitioner had just been transferred from for the same "protective reasons", and, infact the "gang problem" at this N.C. facility is much worst! On February 9, 2006 Petitioner, for the "third time", was removed from the general population and placed in administrative segregation for "protective reasons". Several "gangs/security threats" that Petitioner is to be seperated from are housed at this D.O.C. facility (i.e.) Mara Salvatrucha (MS 13), Sureños (SUR 13) and the Aryan Brotherhood (AB) all of which these "gangs" have alliances/special ties with the Mexican Mafia Criminal Organization. However, "once again" in spite of this very serious threat On Petitioner's life and these "seperation issues" existing, On February 23, 2006 N.C. officials placed Petitioner back into the general population stating that the head office of the D.O.C. in Raleigh N.C. have informed this prison administration that anything short of Petitioner being "assaulted" then he is to remain in the general population. The B.O.P. authorities have been made aware of Petitioner's safety concerns and if they want Petitioner moved from the N.C. prison system then they'll be the ones responsible to transfer Petitioner. Which is a complete outrage! BOP and DOC officials are deliberately placing Petitioner's life in extreme danger by ignoring these seperation issues and the obvious ligitimate concerns for his safety. As a result of these malicious actions and careless indifference to adequately protect Petitioner's life from his documented "seperatees", Petitioner has submitted several grievances to the Raleigh Community Corrections office of the BOP and to the DOC's head office in Raleigh N.C. stating that he is in fear for his life and that they need to take immediate action to transfer Petitioner out from the DOC prison system before

-3-

he ends up killed. Petitioner also sent a letter to AUSA Ms. Roemer dated March 22, 2006 stressing these similar safety concerns, requesting her office not to contest his habeas filings any further, and, to request the Court to "GRANT" immediate relief before Petitioner ends up killed. As of this date Petitioner has not received a single response to any of his grievances nor is he for certain that AUSA Ms. Roemer ever received his correspondence. However, as a result of the BOP and DOC officials ignoring these seperation issues and blantantly violating Petitioner's constitutional rights to be free from violence at the hands of other inmates, On April 4, 2006, Petitioner was attacked by a known "Seperatee-gang member" with a history of institutional violence [see Incident Report Attached Hereto]. As a result of Petitioner being the victim of an assault and having no other choice but to defend himself from his attacker, Petitioner was removed from the general population and is now currantly housed in administrative segregation pending disciplinary charges for disobeying a direct order - "refusing to stop defending himself from his attacker". Clearly Petitioner is in a no win situation, and, unless this honorable Court now "GRANTS" immediate relief sought in this habeas action, matters for Petitioner are only going to get worst and eventually he will end up murdered.

-4-

## CONCLUSION

Petitioner hereby reiterates his position stated in his Response to Respondent's Status Report to the Court dated December 22, 2005, and, based on the factual information set forth herein showing "good cause", in the interest of Justice and Petitioner's Constitutional rights to be free from violence at the hands of other "security threats - gang members" this honorable Court is urged to now "GRANT" immediate relief, and, ["ORDER"] the Southeast Regional Director's Office of the BOP Atlanta to transfer Petitioner ["FORTHWITH"].

I, Petitioner, John Turscak, declare under penalty of perjury that the foregoing is infact true and correct. Executed on this 12 day of April 2006.

Respectfully Submitted,

John Turscak, Petitioner.

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION          04/12/06
ISSR152 (50)           OFFENSE AND DISCIPLINARY REPORT               PAGE   1
```

A. INMATE NAME: TURSCAK, JOHN                    NCDOC#: 0923103
   FACILITY:   MARION CI              #: 3730   DATE OF REPORT: 04/12/06
   CRIME ( ) MISD.    INMATE ACTIVITY AT    CUSTODY LEVEL AT    DATE OF OFFENSE
   CLASS (X) FELON    TIME OF OFFENSE: 9    TIME OF OFFENSE: 2   04/04/06
   SSA   ( )

   OFFENSE CLASS & NUMBER    I: C03       II: C04       III:
   SUMMARY :  ON 4/04/06 AT 0645 HRS CORRECTIONAL OFFICER T.HAMBY REPORTS
              THAT SHE OBSERVED INMATES JOHN TURSCAK AND PEDRO GUERRERO IN
              A PHYSICAL CONFRONTATION WITH EACH OTHER IN G-HALLWAY. C/O
              HAMBY ORDERED THE INMATES TO BREAK BUT THEY REFUSED AND
              CONTINUED FIGHTING. C/O HAMBY ADMINISTERED HER OC PEPPER
              SPRAY TO THE FACIAL AREAS OF BOTH INMATES. ADDITIONAL STAFF
              ARRIVED AND HANDS ON TACTICS WERE USED TO GAIN COMPLIENCE.
               INMATE JOHN TURSCAK IS BEING CHARGED WITH A C03 FOR
              DISOBEYING A DIRECT ORDER AND A C04 FOR BEING INVOLVED IN A
              PHYSICAL CONFRONTATION NOT INVOLVING WEAPONS.
-----------------------------------------------------------------------------
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
       INMATE'S SIGNATURE: _____    DATE: _____
   IS STAFF ASSISTANCE REQUESTED?: N   STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
       INMATE'S SIGNATURE: _____    DATE: _____
-----------------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
   OFFENSE:              I: C03        II: C04        III:
   INMATE PLEA:            GUILTY          GUILTY

C. HEARING OFFICER'S DECISION:
   OFFENSE:         I:            II:            III:
   INMATE PLEA:
   ACTIVATE SUSPENDED SENTENCE DATED:          FOR ARTICLE(S)
-----------------------------------------------------------------------------
I.                        II.                      III.
OFFENSE CLASS& NO: C-03   OFFENSE CLASS& NO: C-04  OFFENSE CLASS& NO:  -
10 DAYS SEGREGATION       10 DAYS SEGREGATION          DAYS SEGREGATION
      SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
10 DAYS CRED TIME LOSS    10 DAYS CRED TIME LOSS       DAYS CRED TIME LOSS
      SUSPEND 0 MONTHS          SUSPEND 0 MONTHS          SUSPEND   MONTHS
20 HOURS EXTRA DUTY       20 HOURS EXTRA DUTY          HOURS EXTRA DUTY
      SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
SUSPENSION OF CANTEEN     SUSPENSION OF RECREATI   SUSPENSION OF
   PRIVILEGES' 030 DAS       PRIVILEGES' 030 DAS      PRIVILEGES'    DAS
      SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
DEMOTE TO:                DEMOTE TO:               DEMOTE TO:
      SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
1 MONTHS DRAW LIMITED     1 MONTHS DRAW LIMITED        MONTHS DRAW LIMITED
      SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
-----------------------------------------------------------------------------
```

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Petitioner's Report upon the United States District Court for the Northern District of Georgia Atlanta Division by causing a true handwritten Original thereof to be deposited in the United States Mail Via North Carolina D.O.C Prison officials, postage attached, and addressed to the Court as follows:

Attn: The Honorable Susan S. Cole
2211 United States Courthouse,
75 Spring Street, S.W.
Atlanta, Georgia 30303-3361

Copy of this document to be provided by the Clerk of Court to Assistant United States Attorney Mary C. Roemer addressed as follows:

Attn: AUSA Mary C. Roemer
Suite 600, 75 Spring Street, S.W.
Atlanta, Georgia 30303

This 12th day of April 2006.

John Turscak, Petitioner.