FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 5 2006

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOHN TURSCAK,  :  PRISONER HABEAS CORPUS
    Petitioner,  :  28 U.S.C. § 2241

          v.  :

GERARDO   MALDONADO,  :  CIVIL ACTION NO.
Warden,  :  1:05-CV-0569-CC
    Respondent.  :

### ORDER

This case is currently before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 22]. No objections have been filed. Accordingly, the Court must conduct a plain error review of the record . United States v . Slay, 714 F.2d 1093, 1095 (11th Cir . 1983). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. The Court **ADOPTS AS ITS ORDER** the Final Report and Recommendation. The petition for a writ of habeas corpus is **DENIED** and the instant action is hereby **DISMISSED** . The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 25th day of August , 2006.

_____
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)