UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN TURSCAK,<br><br>        Petitioner,<br><br>vs.<br><br>GERARDO MALDONADO, Warden,<br><br>        Respondent. | CIVIL ACTION FILE<br><br>NO. 1:05-cv-569-CC |

## J U D G M E N T

This petition for a writ of habeas corpus having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration, and the petition having been considered and the court having rendered its opinion, it is

**Ordered and Adjudged** that the petition for a writ of habeas corpus be, and the same hereby is **denied** and **dismissed**.

Dated at Atlanta, Georgia, this 28th day of August, 2006.

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Velma Shanks*
        Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
     August 28, 2006
James N. Hatten
Clerk of Court

By:*s/Velma Shanks*
     Deputy Clerk