Mr. John Turscak #0-923103
Maury Correctional Institution
P.O. Box 506
Maury, North Carolina 28554

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 29 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

January 8, 2007

Attn: Clerk of Court
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3361

Re: Civil Action No. 1:05-CV-0569-CC

Dear Clerk of Court:

On August 1, 2006 Petitioner received the Court's Service of Report and Recommendation of the United States Magistrate Judge filed on July 24, 2006. On August 3, 2006 Petitioner Submitted written objections to the attached Report and Recommendation in Compliance with 28 U.S.C. § 636 (b), which apparently was not filed with the Court. On September 5, 2006 Petitioner received the Court's August 25, 2006 "ORDER" stating that no objections had been filed and as a result Petitioner's petition for Writ of Habeas Corpus is "Denied". On September 6, 2006 petitioner Submitted to the Clerks office a "Notice of Appeal" to the 11th Circuit Court of Appeals and requested the Clerk to Send Petitioner the forms and Local Rules, along with the 11th Cir. Court of Appeals all necessary to proceed with my appeal. It has been well over 90 days and I've yet to receive a response from the Clerks office with respect to my "Notice of Appeal" and the information I've requested mentioned above. Hereby, I would like to know what is the status of my "Notice of Appeal" and may I please be Sent all the necessary forms, Local Rules and the address to the 11th Cir. Court of Appeals, so that I can properly proceed forward with my

Continued from Page 1. Re: Civil Action No. 1:05-CV-0569-CC       January 8, 2007

appeal. Additionally, I never received a Copy of my April 12, 2006 filing with the Court. In that filing I reiterated my position as Stated in my "Motion" requesting photo Copies dated July 6, 2005 and for "good cause Shown" requested the Clerk of Court to please make me a Copy of this filing, which I never received. The attached Incident Report to this filing is the Only documentation that I have to Show the Appeallant Court as proof that my life is in danger, and I really need your assistance in Sending me a Copy of this April 12, 2006 filing as Soon as possible. Your time and assistance in this matter will be greatly appreciated, as I look forward to your response. Thank You.

Respectfully Submitted,

John Turscak, Petitioner.